# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kristopher D. Yarbary ) | |
| ) | |
| ) | |
| Vs. ) | |
| ) | Civil Case No: 6:15-CV-01171 |
| UNUM GROUP et al ) | |
| Martin, Pringle, Oliver, Wallace, & Bauer LLC et al ) | |
| ) | |
| ) | |

## OBJECTION TO REPORT AND RECOMMENDATION SUBMITTED BY MAGISTRATE JUDGE

Comes now, Plaintiff Kristopher D. Yarbary in **OBJECTION** to the Report and Recommendation submitted by the Honorable Gwynne E. Birzer on August 11, 2015.

**ISSUES PRESENTED:**

1. Validity of judgments founded on fraud and…

All litigants have a right to be equally heard, such actions taken by the Defendant(s) through or by their attorney(s) should not undermine the Court's sole purpose within the judicial system.

Plaintiff, Kristopher D. Yarbary, does not dispute the presence of judgments entered into the Courts in the matter of Yarbary, No. 12-2773-CM and subsequent appeal. After review of the

REPORT AND RECOMMENDATION (DOC. 8.) The validity of such judgments is now at question here. Because of the poison presented to the Courts, the plaintiff has not been given a full and fair opportunity to present claims and be heard.

A memorandum in support of this objection is procedurally attached.

Respectfully Submitted By: _____S/ Kristopher D. Yarbary_____

Kristopher D. Yarbary, Pro Se

PO Box 111371

Carrollton, TX 75011

(214) 240 - 7200